UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
15-4289

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **MOTION TO EXTEND** |
| ) | **BRIEFING SCHEDULE** |
| JAMES BRAGG, ) | |
|     Appellant ) | |

NOW COMES the Appellant, by and through his undersigned counsel, and hereby requests an extension of the briefing schedule previously established in this case. Under the current briefing order, the Appellant's Opening Brief and Joint Appendix are due November 9, 2015.

The undersigned has requested a copy of the Appellant's Statement of Reasons from the Office of the Federal Public Defender, but has not yet received said document. The review of the Statement of Reasons is necessary to complete the brief in this matter. The undersigned respectfully requests 10 additional days to complete the Opening Brief.

Pursuant to Federal Rules for Appellate Procedure, Local Rule 27(a), Appellant's counsel has conferred with Assistant United States Attorney Jennifer P. May-Parker who has authorized counsel to relay to the Court that she has no opposition to this motion.

THEREFORE, for the above reasons, the Appellant respectfully requests an extension of the briefing schedule previously entered in this case.

Respectfully submitted this the 9th day of November, 2015.

                                                 /s/ Mitchell G. Styers_____
                                                Mitchell G. Styers
                                                Counsel for Appellant, James Bragg
                                                BANZET, THOMPSON & STYERS, PLLC
                                                P. O. Box 535
                                                Warrenton, NC 27589
                                                Telephone: (252) 257-3166
                                                Facsimile: (252) 257-2053
                                                North Carolina Bar No. 24553

_____

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Extend Briefing Schedule was served on the following person(s) by electronic filing:

Jennifer May-Parker
Assistant United States Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Respectfully submitted this the 9th day of November, 2015.

    /s/ Mitchell G. Styers_____
Mitchell G. Styers
Counsel for Appellant, Willis Sarvis
BANZET, THOMPSON & STYERS, PLLC
P. O. Box 535
Warrenton, NC 27589
Telephone: (252) 257-3166
Facsimile: (252) 257-2053
North Carolina Bar No. 24553